## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Jason J. DeFreitas, being duly sworn, depose and state as follows:

1.  I am a Special Agent with the Department of Homeland Security ("DHS") United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI") assigned to the Boston Field Office and have been employed by HSI since 2006.  I am currently assigned to the Cyber Group.  Prior to my assignment to the Boston Field Office, I was assigned to the HSI Los Angeles Field Office, where I served as a member of the Intellectual Property Rights Group.  In connection with my official duties, I have investigated and assisted other agents in investigating cases involving a wide variety of criminal violations including, but not limited to, fraud, intellectual property rights, cultural property theft, and child pornography.  Prior to my employment with ICE HSI, I served as a United States Customs and Border Protection ("CBP") officer at the Los Angeles International Airport for approximately four years.  My duties included the interception and examination of individuals and merchandise for violations of United States laws.

2.  This affidavit is submitted in support of an application for a criminal complaint against Ryan DECAROLIS ("DECAROLIS"), year of birth 1993, charging him with Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2), and Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) (the "SUBJECT OFFENSES").

3.  Based upon the facts described in this affidavit, there is probable cause to believe that (1) between on or about January 31, 2019 and April 5, 2019, and (2) on or

about August 2, 2019, in Fitchburg, Massachusetts, DECAROLIS knowingly committed the Subject Offenses.

4.  The information set forth in this affidavit is based on an investigation conducted by law enforcement agents, including myself. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts that I believe to be necessary to establish probable cause for the issuance of the requested criminal complaint.

## RELEVANT STATUTES

5.  Title 18, United States Code, Section 2252A(a)(2) states, in relevant part: "Any person who—knowingly receives or distributes – (A) any child pornography using any means or facility of interstate or foreign commerce that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer . . . shall be punished."

6.  Title 18, United States Code, Section 2252A(a)(5)(B) states, in relevant part: "Any person who—knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer . . . shall be punished . . . ."

7.   Title 18, United States Code, Section 2256(8) defines child pornography as, among other things, "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where—(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct . . . ."

## FACTS ESTABLISHING PROBABLE CAUSE TO BELIEVE THAT DECAROLIS COMMITTED THE SUBJECT OFFENSES

8.   I have been participating in an investigation into the Production of Child Pornography, in violation of 18 U.S.C. §2251(a), and Possession and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (a)(2). On August 1, 2019, I was the affiant in an application for search warrants involving, *inter alia*, 12 Clifton Street, Fitchburg, Massachusetts 01420 (the "SUBJECT PREMISES"), which is also DECAROLIS's residence (the "Search Warrant").

9.   On or about October 25, 2018, HSI's Field Office in Riverside, California ("HSI Riverside") executed a federal search warrant at a residence belonging to an individual located in San Bernardino County, California (the "Riverside Suspect") in furtherance of a child exploitation investigation. The search of the Riverside Suspect's residence resulted in the discovery of child pornography. As a result, the Riverside Suspect was arrested and subsequently charged with violations of 18 U.S.C. § 2251(a) – Production of Child Pornography; 18 U.S.C. § 2252A(a)(2) – Distribution of Child Pornography; and 18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography. During the interview, the Riverside Suspect willingly consented to permit HSI agents to assume the Riverside Suspect's identity on several online accounts, one of which was the

Riverside Suspect's Snapchat account (the "Riverside Snapchat"). On or about December 19, 2018, HSI Riverside Special Agent ("SA") Jonathan Ruiz assumed control of the Riverside Snapchat by changing the password and the phone number to the account. SA Ruiz noticed that there were several active chats on the Riverside Snapchat with other users, including an active chat with a user of a Snapchat Account with the account username of "rdecarolis3" and the display name, "Ryan Decarolis."[1]

    10.    Between January 29, 2019 to January 30, 2019, the following conversation occurred between the "Ryan Decarolis" and SA Ruiz:

| "Ryan Decarolis": | *"What u up to"* |
|---|---|
| SA Ruiz: | *"Chillin, u?"* |
| "Ryan Decarolis": | *"Same at work"* |
| SA Ruiz: | *"What kind of work again?"* |
| "Ryan Decarolis": | *"Liquor store"* |
| SA Ruiz: | *"That's right"* <br> *"Coo [sic]"* <br> *"I need buddies like that"* |
| "Ryan Decarolis": | *"Yea I wish I worked around kids though"* |
| SA Ruiz: | *"Best job ever"* <br> *"What would you do"* |
| "Ryan Decarolis": | *"Idk but I'd sure have lots of fun ☺"* |

    11.    Based upon the investigation to date, agents determined that DECAROLIS works for Wyman's Liquor Store in Leominster, Massachusetts.

---

[1] The user of the Snapchat Account will be referred to herein as "Ryan Decarolis."

12. On or about January 31, 2019, "Ryan Decarolis" sent three images depicting nude, prepubescent female and male children to SA Ruiz at the Riverside Snapchat. One such image depicts two nude, prepubescent females estimated to be between the ages of 5 and 7 years old. Both children are lying on their backs, side-by-side on a bed with their legs slightly spread open; lasciviously displaying their breasts and vaginas. Both children have numbers written on their chest with a white substance that appears to be frosting or shaving cream or similar substance, one child with the number "1" and the other child with the number "8."

13. On or about February 14, 2019, SA Ruiz sent a message to "Ryan Decarolis" asking, *"Are u into boys or girls?" "I forgot."* "Ryan Decarolis" sent a message replying, *"Both just prefer boys."*

14. On or about March 31, 2019, "Ryan Decarolis" sent SA Ruiz a message asking, *"Hey quick question you able to download Dropbox cuz if so I just found my old phone and it's loaded with kids."* Between April 4, 2019 and April 5, 2019, SA Ruiz and "Ryan Decarolis" exchanged several messages, portions of which are as follows:

| | |
|---|---|
| SA Ruiz: | *"Yeah I got Dropbox baby!! What kinda kids though. I don't trade shit"* |
| "Ryan Decarolis": | *"A little bit of stuff I filmed than a lot girl and boy stuff."* |
| SA Ruiz: | *"Filmed? Like stuff I sent u"* |
| "Ryan Decarolis": | *"No Stuff other"*<br>*"People have sent"* |
| SA Ruiz: | *"Oh. Well what do u film? Was that was u were gonna send me Dropbox?"* |
| "Ryan Decarolis": | *"I was gonna just let u look through my Dropbox"* |

| | |
|---|---|
| SA Ruiz: | *"Cool! I'm not real familiar with Dropbox but down to see what goodies u got"* |
| "Ryan Decarolis": | *"Ok"* |
| SA Ruiz: | *"How u gonna send me the info? Link or email?"* |
| "Ryan Decarolis": | *"I'm gonna give u the login"* |

15. On or about April 5, 2019, "Ryan Decarolis" sent a message to SA Ruiz providing "boylover1235@yahoo.com" as a login name and password of "Redsox209" for his Dropbox account. During the same chat conversation, SA Ruiz sent a message to "Ryan Decarolis" asking *"It's urs [sic] and NOT someone else's right"* (referring to the Dropbox Account), and "Ryan Decarolis" responded, *"It's all stuff people sent me and some of mine."* SA Ruiz replied clarifying, *"But ur [sic] account I mean. Don't want to log into something that a cop gave u [sic] trying to pretend he's cool." "Know what I mean?"* "Ryan Decarolis" replied, *"Its mine."* The Dropbox account provided to SA Ruiz is registered to and identified by the email address, "boylover1235@yahoo.com." SA Ruiz sent a message to "Ryan Decarolis" asking if he could save some videos from the Dropbox Account. "Ryan Decarolis" replied by sending a message stating, *"Help ur self."*

16. On the same day, SA Ruiz successfully accessed the Dropbox Account on three occasions by using the email address and password provided by "Ryan Decarolis." SA Ruiz successfully download the contents of the Dropbox Account and captured certain account information, including the email associated with the account ("boylover1235@yahoo.com") and the name on the account ("Fbbu lgyz") from the "General" section of the Dropbox Account.

17.     The contents of the Dropbox Account downloaded by SA Ruiz contained at least 250 video and image files that appear to contain child pornography. The files, a mix of pictures and videos, depicted mostly prepubescent boys engaged in sexual conduct with children and adults. The apparent child pornography were contained in several folders. One such file, "d7ba5990-a055-43fd-b418-6d24bddd4279.mp4", was located in the folder labeled "H" in the subfolder labeled "001". The video is approximately 1 minute and 57 seconds in length and depicts a prepubescent, nude female child that appeared to be 1 to 2 years old lying on her back with her breasts and vagina lasciviously exposed. In this video, the child is seen being anally penetrated by an adult's finger. Later in the video, an adult's hand is seen rubbing the child's vagina.

18.     The Dropbox Account also contained a file titled "Photo Apr 09, 1 35 33 AM.jpeg," which is an image depicting a close-up of a prepubescent, penis of child approximately between 3 and 5 years old. In this image, an adult hand is seen pulling down the child's clothing causing the child's genital to be exposed. The child's face and other portions of his body, besides the boy's penis, are not depicted in this photo. Metadata for this file indicated that it was taken April 09, 2017 using an iPhone 6s Plus in Worcester, Massachusetts.

19.     On August 2, 2019, at approximately 6:10 a.m., law enforcement officials executed the Search Warrant at DECAROLIS's residence at 12 Clifton Street, Fitchburg, Massachusetts. During the execution of the search warrant, agents provided DECAROLIS with his Miranda warnings. DECAROLIS initially indicated he did not wish to speak with them, but thereafter indicated that he wished to waive his rights and speak with the agents.

20. During the interview, DECAROLIS told agents that he previously possessed child pornography. DECAROLIS admitted that he had child pornography on his old cell phone, which he initially claimed he had traded in but then subsequently stated did not know what happened to it, his current cell phone, and in a Dropbox account. DECAROLIS also admitted to owning and using a Kindle device, bearing serial number G000KU06639406MW (the "Kindle"). During an interview of DECAROLIS's mother, she indicated that DECAROLIS owned a Kindle.

21. DECAROLIS admitted to having a Snapchat Account in his name, and also admitted to having a Dropbox Account, which he stated contained child pornography. Although DECAROLIS stated he could not remember the email for the Dropbox Account, when asked whether "boylover1235@yahoo.com" sounded familiar, DECAROLIS said it did and that the "old me used it for child pornography."

22. During the execution of the search warrant, agents seized the Kindle as well as an Apple iPhone X and an Apple iPhone 7, all of which were located in DECAROLIS's bedroom.

23. HSI Special Agent Edward Bradstreet conducted an on-site forensic preview of the Kindle. The Kindle's name is "Ryan's Fire" according to the Kindle itself. SA Bradstreet located several video files either saved in an application installed on the Kindle or in the Kindle's memory which depicted child pornography.

24. Based on my training and experience, several of the videos recovered from the Kindle depict child pornography. For purposes of this affidavit, four video files are specifically described below:

    a. Video file "6" which is approximately 1 minute and 53 seconds in length. The video depicts a male child approximately 6 to 8 years

    old performing oral sex on an erect adult penis.  During the later portion of the video, the adult penis is ejaculating on the child.  Based upon the forensic examination, this video file was modified on February 24, 2017.

   b. Video file "3" which is approximately 45 seconds in length.  The video depicts a male child approximately 7 to 10 years old years old performing oral sex on an erect adult penis.  Based upon the forensic examination, this video file was modified on December 15, 2017.

   c. Video file "2" which is approximately 1 minute in length.  The video depicts a child approximately 1 to 3 years old being penetrated anally by an erect male penis. Based upon the forensic examination, this video file was modified on December 15, 2017.

   d. Video file "VID_20170409_070327" which is approximately 1 minute and 37 seconds in length.  The video depicts an adult hand masturbating the penis of a child approximately 3 to 5 years old.  Based on the forensic examination, this video file was modified on April 9, 2017.

## **CONCLUSION**

 25. Based on the foregoing, I believe that there is probable cause to believe that DECAROLIS has committed the SUBJECT OFFENSES.

WHEREFORE, I respectfully request that the Court issue a criminal complaint against Ryan DECAROLIS.

Sworn to under the pains and penalties of perjury,

_____
Special Agent Jason J. DeFreitas
Homeland Security Investigations

Subscribed and sworn to before me this  2nd  day of August, 2019.

_____
Honorable David H. Hennessy
Chief United States Magistrate Judge

I have reviewed images and still images from the videos referenced in Paragraphs 12, 17, 18 and 24 above and I find probable cause to believe that they depict minors engaged in sexually explicit conduct. The U.S. Attorney's Office shall preserve the images provided to the Court for the duration of the pendency of this matter, including any relevant appeal process.

_____
Honorable David H. Hennessy
Chief United States Magistrate Judge

-